# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD HOAGLAND, as Receiver for Midwest Transit, Inc., an Illinois corporation in disssolution,<br><br>    Plaintiff,<br><br>v.<br><br>CARL WEGNER,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 2005-cv-4043-JPG<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court on Plaintiff's notice of voluntary dismissal, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that all of Plaintiff's claims against Defendant, in this case, are hereby **DISMISSED with prejudice**.

**DATE: July 5, 2005.**

                                              **NORBERT G. JAWORSKI, CLERK**

                                              **By:s/Deborah Agans, Deputy Clerk**

**APPROVED:**      **/s/ J. Phil Gilbert**
                        **J. PHIL GILBERT**
                        **U.S. District Judge**